AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Quantrell Blackman ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10 C 0895 |
| Norman c/o, et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David H. Coar on a motion for
Defendants' motion to dismiss Blackman's complaint pursuant to Fed. R. Civ. P. 12(b)(6) [14] is GRANTED. Blackman's complaint is dismissed. Civil case terminated.

Date: 12/16/2010

*MICHAEL W. DOBBINS, CLERK OF COURT*

/s/Patricia McQurter-Figgs
*Deputy Clerk*